UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| CHRISTOPHER O'NEILL, ) | |
| ) | 3:12-cv-00030-LRH-WGC |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| DR. ROBERT BANNISTER,, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Objections to Magistrate Judge's Ruling to Deny Motion for Sanctions (#54[1]), filed December 3, 2012, which the court will treat as a motion to reconsider Magistrate's Order #55. Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Ruling to Deny Plaintiff's Motion for Sanctions (#56) on December 13, 2012.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, Defendants' response, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#55) will, therefore, be sustained and Plaintiff's motion (#54) is denied.

IT IS SO ORDERED.

DATED this 30th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.