UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER O'NEILL,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DR. ROBERT BANNISTER,, *et al.*,<br><br>　　　　　　　　Defendants. | 3:12-cv-00030-LRH-WGC<br><br>ORDER |

　　　Before the court is Plaintiff's Objections to Magistrate Judge's Ruling to Deny Motion for Sanctions (#54[1]), filed December 3, 2012, which the court will treat as a motion to reconsider Magistrate's Order #55. Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Ruling to Deny Plaintiff's Motion for Sanctions (#56) on December 13, 2012.

　　　The Court has conducted its review in this case, has fully considered the Plaintiff's motion, Defendants' response, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

　　　The Magistrate Judge's Order (#55) will, therefore, be sustained and Plaintiff's motion (#54) is denied.

　　　IT IS SO ORDERED.

　　　DATED this 30th day of January, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.