UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

|   |   |
|---|---|
| CHRISTOPHER O'NEILL,      ) | |
| Plaintiff,    ) | 3:12-cv-00030-LRH-WGC |
| v.              ) | |
| DR. ROBERT BANNISTER, *et al.*,   ) | O R D E R |
| Defendants.   ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#34[1]) entered on August 29, 2012, recommending denying Plaintiff's Motion for Preliminary Injunction (#10) filed on May 29, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#49) on October 26, 2012, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations (#53) on November 6, 2012.

Also before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#35) entered on August 29, 2012, recommending denying Plaintiff's Motion for Leave to File Amended Complaint (#24), filed on July 11, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#50) on October 26, 2012, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations (#53) on November 6, 2012.

This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local

---

[1] Refers to court's docket number.

1  Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

2  The Court has conducted its *de novo* review in this case, has fully considered the objections of
3  the Plaintiff, the responses of Defendants, the pleadings and memoranda of the parties and other
4  relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court
5  determines that the Magistrate Judge's Reports and Recommendations (#34 and 35) entered on August
6  29, 2012, should be adopted and accepted.

7  IT IS THEREFORE ORDERED that the Magistrate Judge's Reports and Recommendations
8  (#34 and 35) entered on August 29, 2012, are adopted and accepted, and Plaintiff's Motion for
9  Preliminary Injunction (#10) is DENIED.

10  IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Complaint
11  (#24) is DENIED.

12  IT IS SO ORDERED.

13  DATED this 30th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2