UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER O'NEILL, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00030-LRH-WGC |
| v. ) | |
| ) | |
| DR. ROBERT BANNISTER, *et al.*, ) | O R D E R |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#34[1]) entered on August 29, 2012, recommending denying Plaintiff's Motion for Preliminary Injunction (#10) filed on May 29, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#49) on October 26, 2012, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations (#53) on November 6, 2012.

Also before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#35) entered on August 29, 2012, recommending denying Plaintiff's Motion for Leave to File Amended Complaint (#24), filed on July 11, 2012. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#50) on October 26, 2012, and Defendants filed their Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendations (#53) on November 6, 2012.

This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local

---

[1]Refers to court's docket number.

Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the responses of Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendations (#34 and 35) entered on August 29, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Reports and Recommendations (#34 and 35) entered on August 29, 2012, are adopted and accepted, and Plaintiff's Motion for Preliminary Injunction (#10) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Amended Complaint (#24) is DENIED.

IT IS SO ORDERED.

DATED this 30th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE