UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| CHRISTOPHER O'NEILL, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00030-LRH-WGC |
| ) | |
| v. ) | |
| ) | O R D E R |
| DR. ROBERT BANNISTER, et al., ) | |
| ) | |
| Defendants. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#105[1]) entered on January 6, 2014, recommending denying Plaintiff's two motions for a temporary restraining order (## 74, 83), which were filed on April 19, 2013 and May 13, 2013, respectively. No objections to the Magistrate Judge's Report and Recommendation have been made. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#105) entered on January 6, 2014, should be adopted and accepted.

---

[1] Refers to court's docket number.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation
2 (#105) entered on January, 6, 2014, is adopted and accepted, and Plaintiff's Motions for Emergency
3 Temporary Restraining Order (##74, 83) are DENIED.
4    IT IS SO ORDERED.
5    DATED this 28th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE