UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| CHRISTOPHER O'NEILL, | ) | |
| Plaintiff, | ) | 3:12-cv-00030-LRH-WGC |
| v. | ) | |
| | ) | O R D E R |
| DR. ROBERT BANNISTER, et al., | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#106[1]) entered on January 6, 2014, recommending granting Defendants' Motion for Summary Judgment (#89) filed on July 5, 2013. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#107) on January 21, 2014, and Defendants filed their Response to Plaintiff's Objections to the Report and Recommendation of U.S. Magistrate Judge (#108) on January 29, 2014. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendants, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2.  The Court

---

[1]Refers to court's docket number.

determines that the Magistrate Judge's Report and Recommendation (#106) entered on January 6, 2014, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#106) entered on January, 6, 2014, is adopted and accepted, and Defendants' Motion for Summary Judgment (#89) is GRANTED.

IT IS SO ORDERED.

DATED this 28th day of February, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE